# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| COUNTRY PREFERRED INSURANCE COMPANY,<br>　　　　Plaintiff,<br>vs.<br>JUSTIN WERNER and LAWRENCE LUCKY,<br>　　　　Defendants. | Case No. 4:25-cv-00578-FJG |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

Now comes Plaintiff, Country Preferred Insurance Company ("CPIC"), by and through Adam P. Joffe of Traub, Lieberman, Straus & Shrewsberry LLP and Scott D. Hofer and Kevin D. Brooks of Baker Sterchi Cowden & Rice LLC, pursuant to Federal Rule of Civil Procedure 15, and for its Motion for Leave to File its First Amended Complaint for Declaratory Judgment against Defendants, Justin Werner ("Werner") and Lawrence Lucky ("Lucky"), it states as follows:

1. CPIC's Complaint for Declaratory Judgment (the "Complaint") was filed on July 25, 2025.

2. CPIC's Complaint for Declaratory Judgment seeks declarations regarding an insurance policy relative to claims asserted arising out of a lawsuit filed by Lucky against the Kansas City Star Company ("Kansas City Star"); Judy Thomas ("Thomas"); and Werner in the Circuit Court of Jackson County, Missouri, under case number 2516-CV03684 ("Lucky Lawsuit").

3. On August 27, 2025, an Amended Petition for Defamation was filed in the underlying Lucky Lawsuit. The Amended Petition for Defamation in the underlying Lucky

Lawsuit also includes additional counts of negligence against Werner that were not contained in the original Petition in the underlying Lucky Lawsuit.

4. Because the claims in the underlying Lucky Lawsuit have been amended, CPIC seeks to amend its Complaint for Declaratory Judgment to conform with the amended allegations in the Amended Petition for Defamation in the underlying Lucky Lawsuit.

5. Pursuant to Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires." It is in the interest of justice and efficiency for this Court to grant CPIC's Motion for Leave to Amend and File its First Amended Complaint.

6. Because the Amended Petition for Defamation in the underlying Lucky Lawsuit was shortly following CPIC's filing of its original Complaint, CPIC had not effectuated service of process on Werner or Lucky prior to this proposed amendment. Thus, the amendment of the Complaint will not cause any prejudice to any party.

7. This motion is not being filed to cause undue delay and is not filed in bad faith or with dilatory motive. Furthermore, if granted, it will not cause prejudice to any of the parties hereto.

8. CPIC's Suggestions in Support of this Motion for Leave to File its First Amended Complaint is contemporaneously filed herewith and fully incorporated herein.

9. A copy of CPIC's First Amended Complaint for Declaratory Judgment is attached hereto as Exhibit #1.

WHEREFORE, Plaintiff Country Preferred Insurance Company respectfully requests this Court grant its Motion for Leave to File its First Amended Complaint and for such other relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

**BAKER STERCHI COWDEN & RICE LLC**

*/s/ Scott D. Hofer*
Scott D. Hofer, #44587
Kevin D. Brooks, #57627
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone (816) 471-2121
shofer@bakersterchi.com
kbrooks@bakersterchi.com


Adam Joffe (*Pro Hac Vice forthcoming*)
Traub Lieberman Straus & Shrewsberry LLP
71 S. Wacker, Suite 2110
Chicago, IL 60606
(312) 332-3900 – Telephone
ajoffe@tlsslaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that, in conformity with Rule 55.03(a), the original of this electronic filing was signed by me and will be maintained in my file. I also hereby certify that on the 1st day of October 2025, the foregoing was filed electronically using the Missouri Courts eFiling System, which pursuant to Rule 103.08 will automatically serve all attorneys in this case.

 */s/ Scott D. Hofer*
***Attorney for Defendant***