IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COUNTRY PREFERRED INSURANCE COMPANY,<br>   Plaintiff,<br>vs.<br>JUSTIN WERNER and LAWRENCE LUCKY,<br>   Defendants. | Case No. 4:25-cv-00578-FJG |

**PLAINTIFF'S SUGGESTIONS IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

Now comes Plaintiff, Country Preferred Insurance Company ("CPIC"), by and through Adam P. Joffe of Traub, Lieberman, Straus & Shrewsberry LLP and Scott D. Hofer and Kevin D. Brooks of Baker Sterchi Cowden & Rice LLC, pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, and for its Suggestions in Support of its Motion for Leave to File its First Amended Complaint for Declaratory Judgment against Defendants, Justin Werner ("Werner") and Lawrence Lucky ("Lucky"), it states as follows:

Federal Rule of Civil Procedure 15(a)(2) provides that: "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Specifically, "[l]eave should normally be granted absent good reason for a denial." *Dean v. Am. Honda Motor Co.*, No. 17-03069-CV-S-DPR, 2017 U.S. Dist. LEXIS 218188, at *1 (W.D. Mo. Nov. 14, 2017) (citation and quotation marks omitted). The Court "may deny leave to amend upon a showing of undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of amendment[.]" *Id.* (citation and quotation marks omitted).

CPIC filed its original Complaint for Declaratory Judgment on July 25, 2025. CPIC's Complaint for Declaratory Judgment seeks declarations regarding an insurance policy relative to claims asserted arising out of an underlying lawsuit filed by Lucky against the Kansas City Star Company ("Kansas City Star"); Judy Thomas ("Thomas"); and Werner in the Circuit Court of Jackson County, Missouri, under case number 2516-CV03684 ("Lucky Lawsuit").

Shortly after CPIC filed its original Complaint in this case, an Amended Petition for Defamation was filed in the underlying Lucky Lawsuit on August 27, 2025. The Amended Petition for Defamation in the underlying Lucky Lawsuit also includes additional counts of negligence against Werner that were not contained in the original Petition in the underlying Lucky Lawsuit. Because the claims in the underlying Lucky Lawsuit have been amended, CPIC seeks to amend its Complaint for Declaratory Judgment to conform with the amended allegations in the Amended Petition for Defamation in the underlying Lucky Lawsuit. This proposed amendment is not made in bad faith or for dilatory motive. If granted, it will not cause prejudice to any of the parties.

Because the Amended Petition for Defamation in the underlying Lucky Lawsuit was shortly following CPIC's filing of its original Complaint, CPIC has not effectuated service of process on Werner or Lucky prior to this proposed amendment. Thus, the amendment of the Complaint will not cause any prejudice to any party. Once the Amended Complaint is filed, CPIC will expeditiously proceed with this action.

WHEREFORE, Plaintiff Country Preferred Insurance Company respectfully requests this Court grant its Motion for Leave to File its First Amended Complaint and for such other relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

**BAKER STERCHI COWDEN & RICE LLC**

*/s/ Scott D. Hofer*
Scott D. Hofer, #44587
Kevin D. Brooks, #57627
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone (816) 471-2121
shofer@bakersterchi.com
kbrooks@bakersterchi.com

Adam Joffe (*Pro Hac Vice forthcoming*)
Traub Lieberman Straus & Shrewsberry LLP
71 S. Wacker, Suite 2110
Chicago, IL 60606
(312) 332-3900 – Telephone
ajoffe@tlsslaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that, in conformity with Rule 55.03(a), the original of this electronic filing was signed by me and will be maintained in my file. I also hereby certify that on the 1st day of October 2025, the foregoing was filed electronically using the Missouri Courts eFiling System, which pursuant to Rule 103.08 will automatically serve all attorneys in this case.

*/s/ Scott D. Hofer*

3

Case 4:25-cv-00578-FJG    Document 6    Filed 10/01/25    Page 3 of 3